# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0807

_____

DENNIS LOCKWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Mark E. Feagle, Judge.

January 15, 2026

PER CURIAM.

AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dennis Lockwood, pro se, Appellant.

James Uthmeier, Attorney General, and Amanda Afeazue Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.